UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHALEY RENEE REAGAN,<br><br>Plaintiff,<br><br>v.<br><br>JACKSON NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendants. | Case No. 1:19-cv-01417-AWI-EPG<br><br>ORDER APPROVING STIPULATION TO FILE AMENDED COMPLAINT<br><br>(ECF NO. 9) |

On January 14, 2020, the parties filed a stipulation that Shaley Renee Reagan be permitted leave to amend to file a First Amended Complaint adding (1) Jackson National Life Distributors, LLC, and (2) Dana Baik as Defendants. The Court has reviewed the stipulation and finds good cause to approve same. Accordingly, IT IS ORDERED that Plaintiff Shaley Renee Reagan is granted leave of Court to file a First Amended Complaint adding (1) Jackson National Life Distributors, LLC and (2) Dana Baik as Defendants.
IT IS SO ORDERED.

Dated: **January 15, 2020**　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1